IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
|     Plaintiff, | ) | 8:05cr264 |
| v. | ) | |
| JULIE A. HORVATH, | ) | ORDER |
|     Defendant. | ) | |

The Clerk's Office has requested that Document Number 14 be stricken from the record for the following reason(s):

- Incorrect PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 14 from the record. Party is directed to refile.

DATED this 16th day of September, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge