IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                             )<br>           Plaintiff,                         )<br>                                                             )<br>vs.                                                      )<br>                                                             )<br>JULIE A. HORVATH,                       )<br>                                                             )<br>           Defendant.                      ) | 8:05CR264<br><br>**SCHEDULING ORDER** |

   IT IS ORDERED that the following is set for hearing on **December 6, 2006** at **10:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

   - Motion for Early Release from Probation [30] filed by the defendant

   Since this is a criminal case, the defendant must be present, unless excused by the Court.

   DATED this 4th day of December, 2006.

                                                    BY THE COURT:


                                                    s/ F.A. Gossett
                                                    United States Magistrate Judge